LOUISE M. BENNETT, as Administratrix, etc., of JACOB BENNETT, Deceased, Respondent, v. THE TOWN OF KENT, Defendant, and THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs, upon the opinion of Mr. Justice Taylor at Trial Term. [Reported in 125 Misc. 23.]   Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

BENJAMIN DRIESLER, JR., Appellant, v. CHARLES SILVERSTEIN and Another, Defendants, Impleaded with S. BARTON & CO., Respondent.— Order of the County Court of Kings county granting defendant S. Barton & Co.'s motion for judgment dismissing the complaint affirmed, with ten dollars costs and disbursements.   No opinion.   Rich, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent on the ground that the lien is valid.   Settle order on notice.

EMILY ERIKSEN, Appellant, v. NORWEGIAN LUTHERAN DEACONESS' HOME AND HOSPITAL and Another, Respondents.— Judgment in favor of the defendant John J. Masterson affirmed with costs.   Judgment as to the defendant Norwegian Lutheran Deaconess' Home and Hospital reversed upon the law, and new trial granted, with costs to abide the event, upon the ground that the defect complained of was in an appliance under the control of said hospital, and its fall, unexplained, made out a *prima facie* cause of action for negligence against said respondent.   Jaycox, Manning, Young and Kapper, JJ., concur; Kelby, J., dissents and votes to affirm as to both respondents.

FRED A. GAMBOLD, as Executor, etc., of CHARLES S. LAMPHEAR, · Deceased, Appellant, v. GEORGE W. MACLEAN and Another, as Surviving Executors and Trustees, etc., of KATHERINE L. MACLEAN, Deceased, Respondents.— Order dismissing complaint for lack of prosecution, and judgment entered thereon, reversed upon the law and the facts, without costs, and motion denied, without costs.   No opinion.   Kelly, P. J., Manning, Young and Kapper, JJ., concur; Kelby, J., dissents.

BENJAMIN GRATZ and Another, Doing Business under the Firm Name, etc., Appellants, v. M. M. GRAVES CO., INC., Respondent.— Order denying plaintiffs' motion to strike out from the answer the denials therein contained and the separate defenses and counterclaim modified by granting the motion to strike out the defenses and counterclaim, and as thus modified affirmed, without costs. The defenses and counterclaim are predicated upon the legal interpretation ·of the contracts of sale in evidence as amplified by the letter of February 23, 1921. We hold as matter of law that the contracts and letter cannot be given the interpretation pleaded, viz., that plaintiffs thereby agreed that the net price of the goods sold should at all times be less than the net price plaintiffs would sell similar goods to any other person or persons, or that defendant should be in a position to sell goods to others at a lower price than plaintiffs.   Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.